THE HOME BUILDING AND LOAN ASSOCIATION *v.* VAN PELT.

On the element of law this case is controlled by the prior decision made in the same case and reported in 87 *Ga.* 370. Upon all the essential elements of fact the evidence was sufficient to warrant the jury in finding that the plea of the defendant involved in the last trial was true; and the court committed no error in excluding evidence, in charging the jury, or in overruling the motion for a new trial.            *Judgment affirmed.*

June 30, 1894.

Complaint. Before Judge LUMPKIN. Fulton superior court. September term, 1893.

The head-note will be sufficiently understood by reference to former reports of this case. 79 *Ga.* 439; 87 *Ga.* 370; 92 *Ga.* 501.

S. BARNETT and CANDLER & THOMSON, for plaintiff.
JOHN A. WIMPY, for defendant.